# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 7, 2014

## NO. 03-13-00588-CV

**Brenda Dickerson, Appellant**

**v.**

**Federal National Mortgage Association and J.P. Morgan Chase Bank, N.A., individually and as successor by merger to Chase Home Finance LLC, Appellees**

### APPEAL FROM 368TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND GOODWIN
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the order signed by the district court on August 22, 2013. Having reviewed the record, the Court holds that Brenda Dickerson has not prosecuted her appeal and did not comply with the notice from the clerk of this Court. The appeal is thus subject to dismissal. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.